1  LEE M. GORDON (SBN 174168)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  700 South Flower Street, Suite 2940
   Los Angeles, CA 90017
3  Telephone: (213) 330-7150
   Facsimile: (213) 330-7152
4  lee@hbsslaw.com
5
   STEVE W. BERMAN (*Pro hac vice*)
6  ANDREW M. VOLK (*Pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
8  Telephone: (206) 623-7292
   steve@hbsslaw.com
9  andrew@hbsslaw.com
10
11 *Attorneys for Plaintiffs Plaintiffs Marc Cruz,*
   *Enid Thompson, Brandi Ortolani, Eduardo Vallejo,*
12 *Laddie Oni, Yoo S. Kim and Cynthia Amezquita*
13
14              UNITED STATES DISTRICT COURT
15             CENTRAL DISTRICT OF CALIFORNIA
16
   VINCENT ALVIDRES, et al.,          )    No. 2:07-cv-05810-RGK-CT
17                                     )
                          Plaintiff,   )    CLASS ACTION
18                                     )
                                       )
19      v.                             )    [PROPOSED] ORDER
                                       )    CONSOLIDATING CASES AND
20 COUNTRYWIDE FINANCIAL CORP.,        )    APPOINTING LEAD COUNSEL
   et al.,                             )
21                                     )
                          Defendants.  )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25
26
27                                          ORIGINAL
28
   [PROPOSED] ORDER CONSLIDATING CASES AND
   APPOINTING LEAD COUNSEL
   001989-11 213586 V1

DENIED

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2007
CENTRAL
DENIED

Before this Court is a motion by Plaintiffs Marc Cruz, Enid Thompson, Brandi Ortolani, Eduardo Vallejo, Laddie Oni, Yoo S. Kim and Cynthia Amezquita (the "Cruz Plaintiffs"), on behalf of themselves and a proposed Class of participants in the Countrywide Financial Corporation 401(k) Savings and Investment Plan, requesting the appointment of Hagens Berman Sobol Shapiro LLP as lead counsel in this matter.  The Court has considered the motion, the supporting documents, and pleadings and records on file in this action, and finds that the motion should be granted.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. The law firm of Hagens Berman Sobol Shapiro LLP is appointed as lead counsel for Plaintiffs in this action.

3. Marc Cruz, Enid Thompson, Brandi Ortolani, Eduardo Vallejo, Laddie Oni, Yoo S. Kim and Cynthia Amezquita shall serve as Lead Plaintiffs in this action.

4. The ERISA actions pending in this District and any action arising out of the same operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Federal Rule of Civil Procedure 42(a) ("Consolidated Action").  They shall be referred to collectively as *In re Countrywide Financial Corp. ERISA Litigation*, and shall be filed under CV-07-05810-RGK.

5. Lead Counsel shall have the authority over the following matters on behalf of all Plaintiffs in the ERISA cases:

    i.  Convening meetings of counsel;

    ii.  Initiating, responding to, scheduling, briefing, and arguing of all motions;

    iii.  Determining the scope, order, and conduct of all discovery proceedings;

    iv.  Assigning such work assignments to other counsel as they may deem appropriate;

    v.  Retaining experts;

    vi.  Designating which attorneys may appear at hearings and conferences with the Court;

    vii.  Conducting settlement negotiations with defendants; and

    viii.  All other matters concerning the prosecution or resolution of the ERISA cases.

6. Lead Counsel shall have authority to communicate with Defendants' counsel and the Court on behalf of Plaintiffs and the Proposed Class. Defendants' counsel may rely on all agreements made with Co-Lead Counsel, and such agreements shall be binding.

1

2

3

4

7. Lead counsel shall file and serve a Consolidated Complaint by January 1, 2008, and Defendants shall have until February 1, 2008, to file an answer or otherwise respond to the Consolidated Complaint.

5

**IT IS SO ORDERED**

6

Dated: 12-18-07

7

8

9

_____
**HONORABLE R. GARY KLAUSNER**
United States District Judge
Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONSLIDATING CASES AND
APPOINTING LEAD COUNSEL
001989-11 213586 V1

## DECLARATION OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 700 South Flower Street, Suite 2940, Los Angeles, California 90017-4101.

On December 14, 2007, I served the foregoing document(s) described as:

### [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING LEAD COUNSEL

on all interested parties in this action.

[X]    **BY MAIL**

By placing a true copy thereof enclosed in seal envelopes address as follows: **See Attached Service List.** That there is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]    **BY EMAIL**

I caused the above listed documents to be served by E-MAIL from Kevin G. Acosta to the email addresses set forth on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of December, 2007, at Los Angeles, California.

KEVIN G. ACOSTA

## SERVICE LIST

### ATTORNEYS FOR PLAINTIFFS

Derek W. Loeser
Erin M. Riley
Lynn Lincoln Sarko
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com

Steve W. Berman
Andrew Volk
HAGENS BERMAN SOBOL
 SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Steve@hbsslaw.com
Andrew@hbsslaw.com

Lee M. Gordon
HAGENS BERMAN SOBOL
 SHAPIRO LLP
700 S. Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com

Michael D. Braun
BRAUN LAW GROUP
12400 Wilshire Boulevard, Suite 290
Los Angeles, CA 90025
Telephone: (310) 442-7755
service@braunlawgroup.com

Robert B. Weiser
THE WEISER LAW FIRM
121 N. Wayne Ave, Suite 100
Wayne, PA 19087
Telephone: 610-225-2677
rw@weiserlawfirm.com

Patrice L Bishop
STULL STULL AND BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Telephone: 310-209-2468
service@ssbla.com

Bryan King Sheldon
Lisa J. Yang
LIM RUGER & KIM
1055 W. 7th St., Suite 2800
Los Angeles, CA 90017
Telephone: 213-955-9500
bryan.sheldon@lrklawyers.com
lisa.yang@lrklawyers.com

Robert M. Shore
LINER YANKELEVITZ SUNSHINE
 & REGENSTREIF
1100 Glendon Ave, 14th Fl.
Los Angeles, CA 90024-3503
Telephone: 310-500-3500
rshore@linerlaw.com

1

2

3

4

5

6

7

8

9

10

11

Jeff Goldenberg
John Murdock
MURDOCK GOLDENBERG
   SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@mgsglaw.com
jmurdock@mgsglaw.com

Joseph H. Meltzer
Edward W. Ciolko
SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
280 King of Prussia Rd.
Radnor, PA  19087
(610) 667-7706
jmeltzer@sbtklaw.com
eciolko@sbtklaw.com

12

13

14

15

16

Mark J Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815
(916) 568-1100
mjt@wtwlaw.us

Kenneth A Wexler
WEXLER TORISEVA WALLACE
55 West Monroe St
Suite 3300
Chicago, IL 60603
(312) 346-2222
kaw@wtwlaw.com

17

18

19

20

21

22

Mark Peter Kindall
SCHATZ NOBEL IZARD
One Corporate Center
20 Church St., Suite 1700
Hartford, CT  06103
(860) 493-6292
nkulesa@snilaw.com

Stephen J. Fearon, Jr.
SQUITIERI & FEARON, LLP
32 East 57th St., 12th Floor
New York, NY  10022
(212) 421-6492
Stephen@sfclasslaw.com

23

24

25

26

Thomas V. Girardi
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA  90017
(213) 977-0211
tgirardi@girardikeese.com

Edwin J Mills
STULL STULL AND BRODY
6 East 45th Street
New York, NY 10017
212-687-7230
ssbny@aol.com

27

28

1
2
3
4
5
6

Lewis Kahn
KAHN GAUTHIER SWICK
650 Poydras Street, Suite 2150
New Orleans, LA 70130
504-455-1400
lewis.kahn@kgscounsel.com

Ronald S Kravitz
LINER YANKELEVITZ SUNSHINE
  & REGENSTREIF
199 Fremont Street, 20th Floor
San Francisco, CA 94105
415-489-7700
rkravitz@linerlaw.com

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

**ATTORNEYS FOR DEFENDANTS**

3

4

5

6

7

8

Brian E. Pastuszenski
Stuart M. Glass
GOODWIN PROCTER LLP
53 State Street, Exchange Place
Boston, MA 02109
617-570-1094
bpastuszenski@goodwinprocter.com
sglass@goodwinprocter.com

Lloyd Winawer
GOODWIN PROCTER LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, CA 90067-6221
310-788-5100
lwinawer@goodwinprocter.com

9

10

11

12

13

14

Eric S. Waxman
SKADDEN ARPS SLATE
  MEAGHER & FLOM
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
213-687-5000
lacefax@skadden.com
ewaxman@skadden.com

Michael K. Isenman
GOODWIN PROCTER LLP
901 New York Ave. N.W.
Washington, D.C. 20001
(202) 346-4000
misenman@goodwinprocter.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28