**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | **CV 07-5810-JFW (CTx)** | Dated: **September 8, 2008** |
| Title: | Vincent Alvidres -v- Countrywide Financial Corporation, et al. | |

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Shannon Reilly                                                                 None Present
Courtroom Deputy                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                  None Present

PROCEEDINGS (IN CHAMBERS):     **ORDER TO SHOW CAUSE RE: DISMISSAL OF RELATED CASES**

     As a result of orders entered by Judge Klausner, the following related cases have been stayed:  *Cruz vs. Countrywide Fin. Corp., et al.*, No. SACV07-1050 JFW(CTx); *Patterson vs. Countrywide Fin. Corp., et al.*, No. EDCV07-1141 JFW(CTx); *Kim vs. Countrywide Fin. Corp., et al.*, No. CV07-1183 JFW(CTx); *Alvidres vs. Countrywide Fin. Corp., et al.*, No. CV07-5810 JFW(CTx); *Johnson vs. Countrywide Fin. Corp., et al.*, No. CV07-5879 JFW(CTx); *Brockmeyer vs. Countrywide Fin. Corp., et al.*, No. CV07-5906 JFW(CTx); *Narducci. vs. Countrywide Fin. Corp., et al.*, No. CV07-6027 JFW(CTx); *Ortolani vs. Countrywide Fin. Corp., et al.*,  No. CV07-6059 JFW(CTx); *Vallejo vs. Countrywide Fin. Corp., et al.*, No. CV07-6062 JFW(CTx); *Oni vs. Countrywide Fin. Corp., et al.*, No. CV07-6096 JFW(CTx); *Thompson vs. Countrywide Fin. Corp., et al.*, No. CV07-6190 JFW(CTx); *Pro vs. Countrywide Fin. Corp., et al.,* No. CV07-6252 JFW(CTx); *Bogusz vs. Countrywide Fin. Corp., et al.*, No. CV07-6410 JFW(CTx); *Amezquita vs. Countrywide Fin. Corp., et al.*, No. CV07-6473 JFW(CTx); and *Chatman vs. Countrywide Fin. Corp., et al.*, No. CV07-6695 JFW(CTx).

     On July 18, 2008, the Ninth Circuit filed an Order Denying Petitioner's Petition for Permission to Appeal the District Court's April 16, 2008 Order Granting Class Action Certification as untimely.  In light of the Ninth Circuit's Order, the Court hereby orders each plaintiff in the above related cases to show cause why their case should not be dismissed.

      The parties brief shall not exceed seven pages and shall be filed on or before **September 15, 2008**. No oral argument on the matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 28; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

      IT IS SO ORDERED.

      The clerk shall file and serve a copy of this Minute Order on all parties to this action and all parties in the related actions identified in this Minute Order.