Lynn Lincoln Sarko (admitted pro hac vice)
  lsarko@kellerrohrback.com
Derek W. Loeser (admitted pro hac vice)
  dloeser@kellerrohrback.com
Margaret E. Wetherald (admitted pro hac vice)
  mwetherald@kellerrohrback.com
Sarah H. Kimberly (admitted pro hac vice)
  skimberly@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900 · Facsimile: (206) 623-3384
*Counsel for Plaintiff Vincent Alvidres and the Certified Class*
*\*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ALVIDRES, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et. al.<br><br>　　　　　　　　Defendants. | CASE NO. 2:07-cv-05810-JFW-(CTX)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARD**<br><br>DATE:  MONDAY, NOVEMBER 16, 2009<br>TIME:  1:30 P.M.<br>CTRM: 16<br><br>**BEFORE THE HON. JOHN F. WALTER** |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, November 16, 2009 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 16 of the United States District Court, located at 255 East Temple Street, Los Angeles, CA 90012, before the Honorable John F. Walter, United States District Court Judge, Central

- 1 -

District of California, Plaintiff Vincent Alvidres ("Plaintiff") will, and hereby does, move the Court for approval of Class Counsel's attorneys' fees and costs and the case contribution award.

Plaintiff hereby moves the Court for entry of an Order awarding Class Counsel attorney's fees in the amount of $13,750,000, and for reimbursement of expenses in the amount of $255,420.04, both of which were incurred in connection with the prosecution and successful resolution of this action. In addition, Class Counsel request that the Court grant a case contribution award in the amount of $10,000 to Plaintiff in recognition of his valuable service to the Class.

This Motion is supported by this Notice, the attached Memorandum of Points and Authorities in Support; the Declarations of Lynn L. Sarko, Michael Braun Ronald Kravitz, and Vincent Alvidres in Support, this Court's file on this matter, oral argument and any additional evidence that may be presented at the hearing.

Respectfully submitted October 26, 2009.

        KELLER ROHRBACK L.L.P.

        /s/ Lynn L. Sarko
        Lynn Lincoln Sarko (*admitted pro hac vice*)
        lsarko@kellerrohrback.com
        Derek W. Loeser (*admitted pro hac vice*)
        dloeser@kellerrohrback.com
        Margaret E. Wetherald (*admitted pro hac vice*)
        mwetherald@kellerrohrback.com
        Sarah H. Kimberly (*admitted pro hac vice*)
        skimberly@kellerrohrback.com
        1201 Third Avenue, Suite 3200
        Seattle, WA  98101-3052
        Telephone: (206) 623-1900
        Facsimile: (206) 623-3384

Michael D. Braun (167416)
service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile: (310) 836-6010

***Counsel for Plaintiff Vincent Alvidres and the Certified Class***